AO 442 (Rev. 11/11) Arrest Warrant

AR
USDC - BALTIMORE
24 JAN 26 AM 11:43

# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
4:44 pm, Jan 26 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____JK____ Deputy

United States of America
v.

OWEN JARBOE

Defendant

Case No. 1:24-mj-00156-JMC

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   OWEN JARBOE                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. § 2261A(2)(B) Interstate stalking

Date:   January 18, 2024

                                                        *Issuing officer's signature*

City and state:   Baltimore, Maryland          Honorable J. Mark Coulson, U.S. Magistrate Judge
                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)*  1/18/24  , and the person was arrested on *(date)*  1/18/24
at *(city and state)*  Hagerstown, MD  .

Date:  1/22/24

                                                         *Arresting officer's signature*

                                                         K. Sedcush

                                                         *Printed name and title*