===================================================================

# UNITED STATES DISTRICT COURT
-------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                          CASE NUMBER: JMC-24-0156

OWEN JARBOE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Owen Jarboe.  I certify that I am admitted to practice in this court.

Date:  February 2, 2024

                                                  /s/
                                    COURTNEY D. FRANCIK, #812100
                                    Assistant Federal Public Defender
                                    Tower II - 9TH Floor
                                    100 South Charles Street
                                    Baltimore, Maryland  21201
                                    (410)  962-3962 (t)
                                    (410)  962-3976 (f)
                                    Email: Courtney_Francik@fd.org